844

No. 77–6739.  WAITES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–6740.  JORGENSEN ET AL. v. CUPP, PENITENTIARY SUPERINTENDENT.  Ct. App. Ore.  Certiorari denied.

No. 77–6746.  CARTER v. TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 77–6748.  JONES v. HOPPER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 77–6750.  GRACE v. HOPPER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 77–6751.  GLENN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 77–6753.  THOMAS v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 77–6755.  BAS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 77–6756.  CANNEY v. WAINWRIGHT, DIRECTOR, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 77–6757.  STEWART ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–6759.  O'LEARY v. PALMER ET AL.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 77–6760.  BALDARRAMA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–6761.  BROWN v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.